IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COLVIN I. BERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. JFM 02 CV 4146 |
| | ) | |
| SECRETARY OF THE TREASURY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

IT IS HEREBY CERTIFIED that service of the foregoing Defendants' ANSWER has been made this 9th day of April, 2003, by mailing, postage prepaid, addressed to:

> COLVIN A. BERT, pro se
> P.O. Box 1242
> Ellicott City, MD 21041

> _____/S/_____
> JONATHAN D. CARROLL
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 227
> Washington, D.C. 20044
> Telephone: (202) 307-6669